# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 20-16292-BKC-AJC
PROCEEDING UNDER CHAPTER 13

IN RE:

CHEILA BARBARA SUAREZ

DEBTOR_____/

## NOTICE OF CONTINUED CONFIRMATION HEARING
## AND TRUSTEE'S OBJECTION TO EXEMPTIONS

**YOU ARE HEREBY NOTIFIED** that the Confirmation Hearing and the Trustee's Objection to Exemptions has been continued to **December 15, 2020** at **01:35 pm** by TELEPHONE through CourtSolutions LLC**.** To participate through CourtSolutions, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at https://www.court-solutions.com If a party is unable to register online, a reservation may also be made by telephone at (917)746-7476.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Continued Confirmation Hearing and the Trustee's Objection to Exemptions was mailed to those parties listed below on this 30th day of November, 2020.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE OF CONTINUED CONFIRMATION HEARING AND TRUSTEE'S OBJECTION TO EXEMPTIONS
CASE NO.:  20-16292-BKC-AJC

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
CHEILA BARBARA SUAREZ
8901 SW 198TH TERR
MIAMI, FL  33157

**ATTORNEY FOR DEBTOR**
PATRICK L. CORDERO, ESQUIRE
7333 CORAL WAY
MIAMI, FL  33155

**PATRICK L. CORDERO, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.